UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TOMAS G. GRAJEDA,<br>　　　　Plaintiff,<br>　　v.<br>S. RODGERS,<br>　　　　Defendants. | Case No.  14-cv-00955-JD   (NJV)<br><br>**ORDER RE SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 38 |

A video settlement conference has been set in this case for April 18, 2016, at 10:00 a.m. Plaintiff will participate from Corcoran State Prison, Defense Counsel will participate from Courtroom D of the Federal Courthouse in San Francisco, and the court will participate from the McKinleyville Courthouse.

Defense counsel is ORDERED to meet and confer telephonically with Plaintiff to discuss settlement of this case no later than April 13, 2016.

Lead trial counsel shall appear at the settlement conference with the parties and persons having full authority to negotiate and settle the case.  A person who needs to call another person not present before agreeing to any settlement does not have full authority.  To the extent that such consultations are necessary, they must be made in advance of the settlement conference.

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed to the court (3140 Boeing Avenue, McKinleyville, CA  95519) or emailed (NJVpo@cand.uscourts.gov) to and received by

chambers no later than April 4, 2016. The parties shall report on the outcome of their settlement discussions in their settlement conference statements.

**Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date.** Requests to vacate the settlement referral must be made to the referring Judge, not Magistrate Judge Vadas.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

**IT IS SO ORDERED**.

Dated: February 29, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge