UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS G. GRAJEDA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>S. RODGERS,<br><br>　　　　　Defendant. | Case No. 14-cv-00955-JD<br><br>**ORDER GRANTING EXTENSION**<br><br>Re: Dkt. No. 40 |

GOOD CAUSE APPEARING, it is hereby ordered that defendants' motion for an extension (Docket No. 40) in which to complete the settlement proceedings is **GRANTED**. The parties shall complete settlement proceedings on or before **April 27, 2016**.

**IT IS SO ORDERED.**

Dated: April 7, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOMAS G. GRAJEDA,

    Plaintiff,

v.

S. RODGERS,

    Defendant.

Case No. 14-cv-00955-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 7, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tomas G. Grajeda ID: V-22200
CSP - Corcoran 4B - 4L - #42
P.O. Box 3481
Corcoran, CA 93212

Dated: April 7, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO