UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOMAS G. GRAJEDA,

    Plaintiff,

  v.

S. RODGERS,

    Defendant.

Case No.  14-cv-00955-JD   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on April 27, 2016, and the results of that proceeding are indicated below:

    (1)  The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

      ( X )  Plaintiff, Tomas Grajeda.

      (   )  Warden or warden's representative

      (   )  Office of the California Attorney General

      ( X )  Other:  Peter Jon Hirsig and Peter Thyberg.

    (2) The following individuals, parties, and/or representatives did not appear:

_____

    (3)  The outcome of the proceeding was:

      ( X )  The case has been completely settled.

      (   )  The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet attached remain for this Court to resolve.

      (   )  The parties are unable to reach an agreement at this time.

1    **IT IS SO ORDERED.**

2    Dated: 4/27/2016

_____

NANDOR J. VADAS
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS G. GRAJEDA,<br><br>        Plaintiff,<br><br>  v.<br><br>S. RODGERS,<br><br>        Defendant. | Case No.  14-cv-00955-JD   (NJV)<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 27, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tomas G. Grajeda ID: V-22200
CSP - Corcoran 4B - 4L - #42
P.O. Box 3481
Corcoran, CA 93212

Dated: April 27, 2016

Susan Y. Soong
Clerk, United States District Court

By: *Gloria Knudson*
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3